# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 4/23/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT THE COURT OF APPEALS

TO: 14TH COURT OF APPEALS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

4/23/2015 6:03:15 PM

CHRISTOPHER A. PRINE
Clerk

From: Deputy Clerk: PHYLLIS WASHINGTON
Chris Daniel, District Clerk
Harris County, T E X A S

CROSS NOTICE OF APPEAL
RELATED TO 14-15-00353-CV

CAUSE: 2014-42950 CROSS NOTICE OF APPEAL

VOLUME _____ PAGE _____ OR IMAGE # 65010319

DUE 6/12/2015 ATTORNEY 00794270

NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE 14TH COURT OF APPEALS

DATE JUDGMENT SIGNED: 4/13/2015

MOTION FOR NEW TRIAL DATE FILED 4/17/2015

REQUEST TRANSCRIPT DATE FILED NO

NOTICE OF APPEAL DATE FILED 4/22/2015

NUMBER OF DAYS: ( CLERKS RECORD ) 120

FILE ORDERED: YES ☐ NO ☐ IMAGED FILED: YES ☐ NO ☐

CODES FOR NOTICE OF APPEAL: CR, OA

CHRIS DANIEL
Harris County, District Clerk

By: /s/PHYLLIS WASHINGTON
PHYLLIS WASHINGTON , Deputy

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O       CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

NO. 2014-42950

| | | |
|---|---|---|
| NATIONAL SIGNS, LLC and | § | IN THE DISTRICT COURT OF |
| NATIONAL SIGNS HOLDING, LLC | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ALI RASSOULI aka AL ROSS *et al.* | § | 133RD JUDICIAL DISTRICT |

*Consolidated with*

| | | |
|---|---|---|
| AL ROSS | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| NATIONAL SIGNS HOLDING, LLC, | § | |
| NATIONAL SIGNS, LLC, and | § | |
| LOUIS GIRARD | § | 234th JUDICIAL DISTRICT |

## NATIONAL SIGNS, LLC, NATIONAL SIGNS HOLDING, LLC, AND LOUIS GIRARD'S CROSS-NOTICE OF APPEAL

On or about April 15, 2015, Ali Rassouli filed a notice of appeal. Appellees National Signs Holding, LLC, National Signs, LLC, and Louis Girard also desire to appeal from the summary judgment order signed on April 13, 2015 by the Honorable Jaclanel McFarland, Judge of the 133rd District Court of Harris County, Texas, in the above-captioned cause. Appellees appeal to the Fourteenth District Court of Appeals in Houston, Texas.

Respectfully submitted,

JOYCE + MCFARLAND LLP

*s/ John H. McFarland*
John H. McFarland (Bar No. 00794270)
Email jmcfarland@jmlawyers.com
712 Main Street, Suite 1500
Houston, Texas 77002
Tel: 713.222.1114
Fax: 713.513.5577

ATTORNEYS FOR NATIONAL SIGNS
HOLDING, LLC, NATIONAL SIGNS,
LLC AND LOUIS GIRARD

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served in a manner prescribed by the Texas Rules of Civil Procedure on April 22, 2015 to:

Lloyd E. Kelley
The Kelley Law Firm
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Telephone: 281.492.7766
Facsimile: 281.652.5973
Email: Kelley@lloydekelley.com

_____*s/ John H. McFarland*_____
John H. McFarland

CAUSE NO 2014- 42950

| | | |
|---|---|---|
| NATIONAL SIGNS HOLDINGS, LLC | § | IN THE DISTRICT COURT |
| NATIONAL SIGNS, LLC | § | |
| *Plaintiffs* | § | |
| | § | |
| v | § | HARRIS COUNTY, TEXAS |
| | § | |
| ALI RASSOULI | § | |
| *Defendants* | § | 133RD JUDICIAL DISTRICT |
| | | JURY DEMANDED |

### ORDER GRANTING ALI RASSOULI'S MOTION FOR MOTION FOR SUMMARY JUDGMENT AND DISMISSING CLAIMS BY NATIONAL SIGNS, LLC, NATIONAL SIGNS HOLDINGS, LLC AND LOUIS GIRARD

CAME ON TO BE HEARD, Ali Rassouli (hereinafter "Defendant Rassouli ") Motion for Summary Judgment as to the claims filed by Plaintiffs National Signs LLC, National Signs Holdings, LLC and Louis Girard ("Plaintiffs") to modify the Arbitration Award issued by the Honorable Alice Oliver-Parrott on April 30, 2014, and any response, the arguments of counsel, and the papers on file The Court is of the opinion that Defendant Rassouli's motion should be GRANTED Accordingly, Defendant Rassouli's motion for summary judgment is GRANTED in all respects Plaintiffs' claims are hereby dismissed with prejudice

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Petition filed by Plaintiffs to modify the Arbitrator's Award issued by the Honorable Alice Oliver-Parrott on April 30, 2014 and if modified to confirm the award is DISMISSED WITH PREJUDICE

SIGNED THIS _13_ DAY OF _April, 2015_

_____
Judge Presiding

1

NO. 2014-42950

| | | |
|---|---|---|
| NATIONAL SIGNS, LLC and | § | IN THE DISTRICT COURT OF |
| NATIONAL SIGNS HOLDING, LLC | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ALI RASSOULI aka AL ROSS *et al.* | § | 133RD JUDICIAL DISTRICT |

*Consolidated with*

| | | |
|---|---|---|
| AL ROSS | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| NATIONAL SIGNS HOLDING, LLC, | § | |
| NATIONAL SIGNS, LLC, and | § | |
| LOUIS GIRARD | § | 234th JUDICIAL DISTRICT |

### NATIONAL SIGNS, LLC, NATIONAL SIGNS HOLDING, LLC, AND LOUIS GIRARD'S UNOPPOSED MOTION TO ENTER FINAL JUDGMENT OR, ALTERNATIVELY, MOTION TO MODIFY THE JUDGMENT

Without waiver of the relief they sought by their application, National Signs Holding, LLC, National Signs, LLC, and Louis Girard (collectively the National Signs Parties) move the Court to enter final judgment. Al Ross and the other defendants do not oppose the relief sought.

The Court has granted cross-motions for summary judgment denying all relief sought by the applications filed in this case:

1. The National Signs Parties' Application to Correct or Modify the Award and to Confirm the Corrected or Modified Award; and

2. Al Ross's Application seeking to Declare Rights under the Arbitration Award or, Failing that, to Vacate the Award.

The Court's orders granting summary judgment on the applications purport to dismiss the applications with prejudice. But even taken together, the summary judgment orders do not dispose of all claims and parties because the National Signs Parties brought their application against ARNS Holdings, Ltd., PNR Family Limited Partnership, and National Leasing Group,

LLC, in addition to Ross. Those defendants have never answered nor sought any resolution of the application. The Court should enter a final judgment that states the relief granted and denied, expressly disposes of all claims and parties so that the parties may properly effect an appeal, and otherwise complies with the controlling statutes.[1]

In the alternative, if the Court construes the summary judgment orders, taken together, as comprising a final judgment, the National Signs parties move the Court to modify the final judgment to state the relief granted and denied, expressly dispose of all claims and parties, and otherwise comply with the controlling statutes.

CONCLUSION and PRAYER

Without waiver of the relief they sought by their application, National Signs, LLC, National Signs Holding, LLC, and Louis Girard pray that the Court grant this motion and enter a final judgment that unifies the summary judgment orders, expressly disposes of all claims and parties, and otherwise complies with the controlling statutes. This motion is not opposed.

Respectfully submitted,

JOYCE + MCFARLAND LLP

_s/ John H. McFarland_
John H. McFarland (Bar No. 00794270)
Email jmcfarland@jmlawyers.com
712 Main Street, Suite 1500
Houston, Texas 77002
Tel: 713.222.1114
Fax: 713.513.5577

ATTORNEYS FOR NATIONAL SIGNS HOLDING, LLC, NATIONAL SIGNS, LLC AND LOUIS GIRARD

---

[1]     Sections 171.088 and 171.091 of the Texas Arbitration Act, Chapter 171 of the Texas Civil Practice & Remedies Code.

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with Lloyd Kelley regarding the relief sought by this motion and while his clients reserve all rights to appeal the Court's order granting summary judgment on their application for relief, subject to that reservation, his clients do not oppose the relief sought.

_s/ John H. McFarland_
John H. McFarland

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served in a manner prescribed by the Texas Rules of Civil Procedure on April 17, 2015 to:

Lloyd E. Kelley
The Kelley Law Firm
2726 Bissonnet, Suite 240 PMB 12
Houston, Texas 77005
Telephone: 281.492.7766
Facsimile: 281.652.5973
Email: Kelley@lloydekelley.com

_s/ John H. McFarland_
John H. McFarland

```
JURN7 (NSA#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    APR 23, 2015(C1)
INT6510                    CIVIL CASE INTAKE              OPT: _____  -  INT
                        GENERAL PARTY INQUIRY            PAGE:   1  -    2

CASE NUM: 201442950__ PJN> __  TRANS NUM: _____ CURRENT COURT: 133 PUB? _
CASE TYPE: OTHER CIVIL                   CASE STATUS: READY DOCKET
STYLE: NATIONAL SIGNS HOLDING LLC        VS RASSOULI, ALI (AKA AL ROSS)
==============================================================================
                        **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME           PTY   ASSOC. ATTY
  NUM    NUMBER                                       STAT
_     00010-0001 IVP 00794270 GIRARD, LOUIS                 MCFARLAND, JO
_     00006-0002 IVD           NATIONAL SIGNS LLC
_     00001-0002 IVD           NATIONAL SIGNS HOLDING LLC
_     00011-0001 PLT 11203180 ROSS, AL                      KELLEY, LLOYD
_     00009-0001 AGT           NATIONAL LEASING GROUP LLC BY
_     00008-0001 AGT           PNR FAMILY LIMITED PARTNERSHIP
_     00007-0001 AGT           ARNS HOLDINGS LTD BY SERVING I
_     00006-0001 PLT 00794270 NATIONAL SIGNS LLC            MCFARLAND, JO

==> (12) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JURN7 (NSA#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    APR 23, 2015(C1)
INT6510                 CIVIL CASE INTAKE                 OPT: _____ - INT
                     GENERAL PARTY INQUIRY                PAGE:   2 -    2

CASE NUM: 201442950__ PJN> __  TRANS NUM: _____  CURRENT COURT: 133 PUB? _
CASE TYPE: OTHER CIVIL                    CASE STATUS: READY DOCKET
STYLE: NATIONAL SIGNS HOLDING LLC       VS RASSOULI, ALI (AKA AL ROSS)
=============================================================================
                         **** ACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
  NUM   NUMBER                                          STAT
 _     00005-0001 DEF          PNR FAMILY LIMITED PARTNERSHIP
 _     00004-0001 DEF          ARNS HOLDINGS LTD
 _     00003-0001 DEF          NATIONAL LEASING GROUP LLC
 _     00001-0001 PLT 00794270 NATIONAL SIGNS HOLDING LLC        MCFARLAND, JO



==> (12) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```